UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY M. POSADA,

      Petitioner,

v.                                         CASE NO. 6:94-cr-132-Orl-19JGG

UNITED STATES OF AMERICA,

      Respondents.

_____

**ORDER**

This case is before the Court on the following motion:

1.     Petitioner's Request for a Certificate of Appealability (Doc. No. 456, filed August 16, 2006) is **DENIED**.  This Court should grant an application for certificate of appealability from a final order in a habeas corpus proceeding or a 28 U.S.C. § 2255 proceeding only if the petitioner makes "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(a), (c)(2).  The instant proceeding is neither a habeas or § 2255 proceeding.  Moreover, Petitioner has failed to make a substantial showing of the denial of a constitutional right.

     **DONE AND ORDERED** at Orlando, Florida, this _ 11th _ day of December, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 12/11
Counsel of Record
Anthony M. Posada